# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case NO. 13-0263-CR-W-GAF |
| ) | |
| DELAREAN M. THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 13, 2014, defendant entered a plea of guilty to count one of the Indictment before the Chief United States Magistrate Judge Robert E. Larsen. On February 15, 2014, Judge Larsen issued his Report and Recommendation (Doc. #27).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The parties will be advised of the date of the sentencing hearing. SO ORDERED.

                                                 s/ Gary A. Fenner
                                                 GARY A. FENNER, JUDGE
                                                 UNITED STATES DISTRICT COURT

DATED: March 5, 2014